| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Danielle Asher<br>Special Agent: Marquis Shannon | Telephone: (313) 226-9100<br>Telephone: (313) 202-3494 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Anthony Zigler | Case: 2:24−mj−30361<br>Assigned To : Unassigned<br>Assign. Date : 8/23/2024<br>Description: RE: ANTHONY ZIGLER (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2024** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

*S/A Marquis Shannon*
*Complainant's signature*

Marquis Shannon, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **August 23, 2024**

*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Marquis Shannon, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed with the ATF for more than ten years. As a Special Agent, I am currently assigned to the Detroit Field Office. I have conducted or participated in numerous criminal investigations focused on firearms and narcotics violations. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with ATF, I was employed as a State Trooper with the Ohio State Highway Patrol for approximately seven-and-a-half years from 2006 through 2014. I earned a bachelor's degree from The Ohio State University.

2.       I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.       I am currently investigating a previously multi-convicted felon, Anthony ZIGLER, (D.O.B. XX/XX/1979), for federal firearms violations.  As detailed below, there is probable cause to believe that ZIGLER knowingly possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).

## **PROBABLE CAUSE**

4.       On August 06, 2024, at approximately 11:00pm, N.S. entered the Detroit Police Department's 3rd Precinct to report being the victim of a violent assault involving Anthony ZIGLER.

5. According to the police report, on August 06, 2024, the victim advised he was delivering groceries to his mother's home, XX1 Trowbridge, where the victim reported living for approximately three to four weeks. ZIGLER met the victim at the front door, said "let's go[,]" and began to strike the victim in the face multiple times causing the victim to fall backward off the porch and sustain a possible dislocated or broken shoulder. Officers observed multiple injuries to the victim's body, including swelling to the victim's left cheek, upper lips, and lower lips and bleeding on multiple locations of the victim's body. Officers noticed the victim's right shoulder was noticeably lower than his right shoulder and appeared to cause the victim pain when he moved. Officers also observed swelling on the left side of the upper portion of the victim's head. The victim advised ZIGLER is the boyfriend of the victim's mother and has been living at XX1 Trowbridge for more than two years. Medics responded to the station and transported the victim to Henry Ford Hospital for medical treatment.

6.     Four days later, during a subsequent interview, the victim advised ZIGLER threatened to shoot and kill the victim.  The victim said that he believed that ZIGLER would shoot him because ZIGLER previously threatened to assault him and then assaulted him on August 06, 2024.  The victim also said that ZIGLER has access to a firearm in his bedroom on the second floor of XX1 Trowbridge Street.

7.     On August 12, 2024, DPD Officers executed a search warrant at XX1 Trowbridge Street.  During the search, officers recovered a loaded SKS style semiautomatic rifle containing a magazine with numerous rounds of ammunition from the rear portion of a closet, located in the second-floor bedroom that the victim identified as ZIGLER's bedroom.  Inside the same bedroom, officers recovered an empty firearm box for a SCCY, model CPX-2TTSG, serial number 947892 on top of a dresser.  Officers also recovered two pieces of mail addressed to "Anthony ZIGLER" at XX1 Trowbridge from the home.

8.     Later, on August 12, 2024, DPD officers located ZIGLER while he was sitting at a bus stop at Trowbridge Street and Woodward Avenue.  ZIGLER refused to provide officers with his name.  Officers detained ZIGLER and transported him to the Detroit Detention Center (DDC) without further incident.

9. During this investigation, I reviewed data from the National Crime Information Center (NCIC), which revealed ZIGLER was previously convicted of the following crimes that are punishable by more than a year of imprisonment:

- 1998- Felony Weapons Carrying Concealed, Eighth Circuit Court of Michigan, Pled Guilty. ZIGLER received a sentence of 18 to 60 months in prison.

- 2006 - Felony Assault with Intent to do Great Bodily Harm Less Than Murder or by Strangulation, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of 51 months to 20 years in prison.

- 2006 - Felony Assault with Intent to do Great Bodily Harm Less Than Murder or by Strangulation, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of four years and three months to 20 years in prison.

- 2006 – Felony Weapons, Felony Firearm, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of two years in prison.

5

- 2006 – Felony Weapons, Felony Firearm, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of two years in prison.

- 2006 – Felony Weapons, Felony Firearm, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of two years in prison.

- 2006 – Felony Weapons, Firearm – Possession by Felon, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of one to ten years in prison.

- 2006 – Felony Weapons, Firearm – Possession by Felon, Sixth Circuit Court of Michigan, Found Guilty.  ZIGLER received a sentence of one to ten years in prison.

10. As a multi-convicted felon, ZIGLER is prohibited from possessing firearms and ammunition under 18 U.S.C. § 922(g)(1).  ZIGLER served more than one year in prison for several of these felony convictions, and he has two convictions for felon in possession of a firearm, so he knows that he has been convicted of a crime punishable by more than a year in prison.

6

11.     Additionally, in August 2024, ZIGLER was on GPS tether for federal charges related to a separate federal criminal investigation.  ZIGLER was released under the Bail Reform Act pursuant to a court order on June 9, 2021, signed by U.S. Magistrate Judge Kimberly G. Altman in Case No. 2:21-cr-20354, ECF No. 213, which notified ZIGLER of the potential effect of committing a felony offense while on pretrial release.

12.     During this investigation, I reviewed information for ZIGLER's Michigan driver's license through law enforcement databases and the Michigan Secretary of State.  ZIGLER's Michigan driver's license listed the address of XX1 Trowbrige Street as ZIGLER's address.  ZIGLER's driver's license was issued on December 07, 2022, and expires on January 02, 2026.

13.     On August 22, 2024, I contacted ATF Interstate Nexus Expert and Special Agent Matthew Totten, regarding the status of the SKS style semiautomatic rifle.  Special Agent Totten stated the firearm, based on the description provided, without conducting a physical examination, was manufactured outside of the state of Michigan after 1898, and therefore had traveled in and affected interstate commerce.

## CONCLUSION

14. There is probable cause that, on or about August 12, 2024, in the Eastern District of Michigan, Anthony ZIGLER (XX/XX/1979), an individual convicted of multiple felonies punishable by more than one year in prison, knowingly possessed a loaded SKS style semiautomatic rifle, which traveled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

15. There is also probable cause that ZIGLER was released pursuant to the Bail Reform Act, was notified of the effect of committing a felony offense while on pretrial release, and committed a felony offense while on pretrial release, in violation of 18 U.S.C. § 3147.

Respectfully Submitted,

*S/A Marquis Shannon*
_____
Marquis Shannon
Special Agent, ATF

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

August 23, 2024